# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br> vs.<br><br>RAFAEL CHACON,<br><br>     Defendant. | Case No.: 2:12-cr-0117-JCM-VCF |

## ORDER FOR RELEASE OF EXHIBITS

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, **IT IS HEREBY ORDERED** that counsel shall have until 4:00 p.m. on September 29, 2017 to retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. If the exhibits are not retrieved by counsel prior to that date, the Clerk is authorized to destroy said exhibits on September 29, 2017.

**DATED** August 22, 2017.

                _____
                James C. Mahan, U.S. District Judge
                United States District Court

**NOTICE TO COUNSEL:** Please sign below to designate a member of your staff or a legal courier service to pick up the exhibits. Please note whether you represent plaintiff or defendant.
I authorize_____ to retrieve *Plaintiffs'/Defendant's* exhibits.
       (name)                 (circle one)

Dated:_____  _____
              Signature of counsel

Plaintiff's exhibits received by: _____ Date:_____

Defendant's exhibits received by: _____ Date:_____